156 So.2d 602

**Joel DAVIS**

v.

**T. L. JAMES AND COMPANY, Inc., et al.**

No. 46905.

Oct. 9, 1963.

In re: Joel Davis applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Washington. 154 So.2d 640.

Writ refused. There is no error of law in the judgment of the Court of Appeal.